# NO. 12-19-00354-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: MARYE JEANNINE JONES, MARYE GENEVA WATTS, JEFFREY SAMMONS AND DR. KIMBERLY GREER,* | § | |
| | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relators, Marye Jeannine Jones, Marye Geneva Watts, Jeffrey Sammons, and Dr. Kimberly Greer, filed this original proceeding to challenge Respondent's disqualification of Relators' counsel and denial of a motion for issuance of a show cause order.[1] Carolyn Cogburn, executor of the Estate of Delores Jones, is the Real Party in Interest.

On December 31, 2019, this Court conditionally granted Relators' petition, in part, and directed Respondent to vacate his September 26, 2019 order granting Cogburn's motion to disqualify, and in its stead, to issue an order denying the motion to disqualify. *See **In re Jones***, No. 12-19-00354-CV, 2019 WL 7373848 (Tex. App.—Tyler Dec. 31, 2019, orig. proceeding) (mem. op.).[2] By an order signed on January 9, 2020, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** Relators' petition for writ of mandamus as ***moot***.

Opinion delivered January 15, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Campbell Cox, II, Judge of the 145th District Court in Nacogdoches County, Texas.

[2] We denied the petition regarding the denial of Marye Jeannine Jones's request for issuance of a show cause order.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JANUARY 15, 2020

NO. 12-19-00354-CV

**MARYE JEANNINE JONES, MARYE GENEVA WATTS,
JEFFREY SAMMONS AND DR. KIMBERLY GREER,**
Relators
V.

**HON. CAMPBELL COX, II,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Marye Jeannine Jones, Marye Geneva Watts, Jeffrey Sammons and Dr. Kimberly Greer; who are the relators in appellate cause number 12-19-00354-CV and parties in trial court cause number PB1712782, pending on the docket of the 145th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on October 31, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*